UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:14-cv-811

| | |
|---|---|
| PAULA K. BULLOCK, an individual, ) <br> McFYNN, P.C., a North Carolina ) <br> Professional Corporation, and ) <br> VETERINARY CONCEPTS, P.C., a North ) <br> Carolina Professional Corporation, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> THE HANOVER INSURANCE ) <br> COMPANY, ERIE INSURANCE ) <br> EXCHANGE, and HARTFORD ) <br> INSURANCE COMPANY OF THE ) <br> MIDWEST, ) <br>  ) <br> Defendants. ) | **ORDER GRANTING PLAINTIFFS'** <br> **MOTION TO FILE PAPER** |

THIS MATTER coming before the Court upon the motion of Plaintiffs for an order allowing Plaintiffs to file paper in this matter, and that good cause exists:

The motion is GRANTED and Plaintiffs shall be allowed to file paper in this action until further order of this Court.

This the 14 day of December 2014.

*/s/ Terrence W. Boyle/*