IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:14-CV-811

PAULA K. BULLOCK, an individual, )
McFYNN, P.C., a North Carolina )
Professional Corporation, and )
VETERINARY CONCEPTS, P.C., a )
North Carolina Professional )
Corporation, )
)
      Plaintiffs, )     **ORDER**
)
v. )
)
THE HANOVER INSURANCE )
COMPANY, ERIE INSURANCE )
EXCHANGE, and HARTFORD )
INSURANCE COMPANY OF THE )
MIDWEST, )
)
      Defendants. )

Before the Court is Defendant Erie Insurance Exchange's Motion to Remand. Having reviewed the Motion, the remainder of the record and the applicable law, the Court believes that the Motion for Remand is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED this matter is remanded to the General Court of Justice, Superior Court Division, Wake County, North Carolina.

IT IS SO ORDERED this _14_ day of December, 2014.

                            THE HONORABLE TERRENCE W. BOYLE
                            UNITED STATES DISTRICT JUDGE